# United States District Court
## Violation Notice

CVB Location Code: CA23

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 6208267 | Kempf | 2543 |

6208267

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 06/04/2016 6:25 PM
Offense Charged: ☐ CFR ☒ USC ☐ State Code — 21 USC 844(a)

Place of Offense: Klamath National Forest — Juanita Lake Boat Launch Parking Lot

Offense Description: Factual Basis for Charge
Possession of controlled substance - marijuana less than one ounce

HAZMAT ☐

### DEFENDANT INFORMATION

Last Name: Her
First Name: Sheng
M.I.: —

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| C494601 | CA | 13 | Toyota Tacoma | ☐ | Gray |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 250 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 280 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Sheng Her

(Rev. 09/2015)    Original - CVB Copy

CVB SCAN JUN 22, 2016 10:46

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on June 4, 2016 while exercising my duties as a law enforcement officer in the Eastern District of California.

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/05/2016    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle.
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN JUN 22, 2016 10:46